EOD SEP 2 0 2001

FDC:82376

FILED-CLERK
U.S. DISTRICT COURT

01 SEP 20  AM 10: 49

EASTERN-BEAUMONT

BY _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| DONALD McDONALD, JR., | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:00CV-772 |
| | § | |
| CITY OF ORANGE, | § | |
| Defendant | § | |

## <u>ORDER OF DISMISSAL</u>

The Plaintiff herein, DONALD McDONALD, JR., and the Defendant, CITY OF ORANGE, by and through their attorneys of record, having informed the Court that the Plaintiff's suit herein against Defendant has been resolved, and that Plaintiff having prayed that his action herein be dismissed with prejudice, and the Defendant agreeing thereto, and it appearing to the Court that the dismissal with prejudice should be made as prayed;

And the Court having expressly determined that there is no just reason for delay in entering judgment as to the Plaintiff's claim herein against Defendant, and the Court hereby expressly directs that final judgment dismissing with prejudice such claims of the Plaintiff against the Defendant be made.

Now, therefore, it is ORDERED, ADJUDGED and DECREED that the lawsuit of DONALD McDONALD, JR., Plaintiff, against CITY OF ORANGE, Defendant, be and the same is hereby dismissed, with prejudice, as of such settlement, with legally taxable costs herein to be borne by the party incurring same.

F:\PMDOCS\FC\SET\173941.WPD



It is further ORDERED, ADJUDGED and DECREED that no execution shall issue herein except as to legally taxable costs of Court, and all relief not expressly granted herein is DENIED.

SIGNED this ___19th___ day of ___September___, 2001.

_Richard A Schell_

UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

BRYANT ✦ BOUMAN ✦ HOPKINS, L.L.P.
14550 Torrey Chase Drive, Suite 650
Houston, Texas 77014
Phone: 281-880-0070
Fax  : 281-893-4828

By: _____
    David A. Bryant, Jr.
    State Bar No. 00785730


EDDINS & BENNETT LAW FIRM, L.L.P.
P.O. Box 2564
Port Arthur, Texas 77643
Phone: 409-962-7800
Fax  : 409-962-1488

By: _____
    Gerald W. Eddins
    State Bar No. 06408500

ATTORNEYS FOR PLAINTIFF,
DONALD McDONALD, JR.

-----------------------------------------------------

F:\PMDOCS\FC\SET\173941.WPD

BENCKENSTEIN & OXFORD, L.L.P.
P. O. Box 150
Beaumont, Texas  77704
Phone:  (409) 833-9182
Fax  :  (409) 833-8819


By:_____
    Frank D. Calvert
    State Bar No. 03667700

ATTORNEYS FOR DEFENDANT,
CITY OF ORANGE

------------------------------------------------------------